LEADER & BERKON LLP
630 Third Avenue, 17th Floor
New York, New York 10017
(212) 486-2400
James K. Leader (JL 9417)

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
555 Eleventh Street, N.W., 6th Floor
Washington, DC 20004

*Attorneys for Defendant Ingram Entertainment Inc.*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
FLASH ELECTRONICS, INC. and EAST TEXAS :
DISTRIBUTING, INC., :
: 
          Plaintiffs, :   No. CV 01 0979 (DLI/JMA)
:
    -against- :
:
UNIVERSAL MUSIC & VIDEO DISTRIBUTION :  **[PROPOSED] ORDER**
CORP., UNIVERSAL STUDIOS HOME VIDEO, INC., :
INGRAM ENTERTAINMENT, L.L.C., INGRAM :
ENTERTAINMENT INC., V.P.D. IV, INC., VPD, :
INC. a/k/a VIDEO PRODUCTS DISTRIBUTORS, :
:
          Defendants. :
------------------------------------------------------------X

    This Court, having considered the motion by Defendant Ingram Entertainment Inc. for the admission *pro hac vice*, in this action, of John G. Calender, Esq., of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., located at 555 Eleventh Street, N.W., 6th Floor, Washington, DC 20004:

Hereby ORDERS, JUDGES and DECREES, that John G. Calender, Esq. is admitted to the Bar of this Court for all purposes of this action and shall be and is permitted to argue or try the above captioned action as counsel or advocate.

SO ORDERED:

_____
Honorable Dora L. Irizarry
United States District Judge

Dated: Brooklyn, New York
June ____, 2005